IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  v.<br><br>JEREMY THOMAS WILKERSON,<br><br>    Defendant. | No. CR 99-465 MMC<br><br>**ORDER DIRECTING DEFENDANT WILKERSON TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |

On November 13, 2012, defendant Jeremy Thomas Wilkerson electronically filed a "Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e); Waiver of Hearing Pursuant to Rule 23.1, F.R.Cr.P." Defendant has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); Crim. L.R. 2-4 (providing "extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. . . . 5-1(e)(7)).

Defendant is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced document. Defendant is hereby advised that if he fails in the future to comply with the Local Rules requiring him to provide a chambers copy of electronically-filed documents, the Court may impose

sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 16, 2012

MAXINE M. CHESNEY
United States District Judge